Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Alfredo Perez Flores

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALFREDO PEREZ FLORES,<br><br>Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 12-cv-01364-MWF-MAN<br><br>~~/PROPOSED~~/ ORDER AND JUDGMENT OF DISMISSAL |

Pursuant to the parties' Stipulation Of Dismissal filed on March 20, 2013, IT IS ORDERED AND ADJUDGED that the above captioned matter is dismissed

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: March 21, 2013

Margaret A. Nagle

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

DATE: March 19, 2013

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Brian C. Shapiro

BY:____________________

Brian C. Shapiro
Attorney for plaintiff Alfredo Perez Flores