1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Alfredo Perez Flores
6

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                  **WESTERN DIVISION**

10

11 | ALFREDO PEREZ FLORES, | ) Case No.: 12-cv-01364-MWF-MAN |

12 |                        | ) |
   |                        | ) ~~/PROPOSED~~/ ORDER AND |
   |        Plaintiff,      | ) JUDGMENT OF  DISMISSAL |
13 |                        | ) |
   |                        | ) |
14 |        vs.             | ) |
   | CAROLYN W. COLVIN,[1] Acting | ) |
   | Commissioner of Social Security, | ) |
15 |                        | ) |
   |                        | ) |
16 |        Defendant.      | ) |
   |                        | ) |
17

18

19        Pursuant to the parties' Stipulation Of Dismissal filed on March 20, 2013, IT

20 IS ORDERED AND ADJUDGED that the above captioned matter is dismissed

21

22 _____

   [1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
23 February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
   Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
24 Michael J. Astrue as Defendant in this suit. No further action need be taken to
   continue this suit by reason of the last sentence of section 205(g) of the Social
25 Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26 Commissioner as the Commissioner.

                              -1-

1    with prejudice, each party to bear its own fees, costs, and expenses.

2

3          IT IS SO ORDERED.

4

5    DATE:  March 21, 2013

6                                    *Margaret A. Nagle*
                                    _____
                                         MARGARET A. NAGLE
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

1

DATE: March 19, 2013          Respectfully submitted,

2
                              LAW OFFICES OF LAWRENCE D. ROHLFING
                                      /s/ *Brian C. Shapiro*
                              BY:_____

3
                              Brian C. Shapiro
                              Attorney for plaintiff Alfredo Perez Flores

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-3-